IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:08CR336 |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL WILCOX, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND MOTION FOR RULE 17.1 CONFERENCE [19]. Upon review of the file, the court finds that an extension of approximately ten days should be granted. Pretrial Motions shall be filed by November 30, 2009

**IT IS ORDERED:**

1. Defendant's MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS AND MOTION FOR RULE 17.1 CONFERENCE [19] is granted is granted. Pretrial motions shall be filed on or before **November 30, 2009.**

2. A Rule 17.1 Conference is set for December 2, 2009 at 10:00 a.m. The case agent must be present. The defendant is not required to be present.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between November 20, 2009 and November 30, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 23rd day of November, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**